COOLEY LLP
JANET L. CULLUM (104336)
(jcullum@cooley.com)
ANNE H. PECK (124790)
(peckah@cooley.com)
JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
CHANTAL Z. HWANG (275236)
(chwang@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:      (650) 843-5000
Facsimile:       (650) 849-7400

Attorneys for Plaintiff
Houzz, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| HOUZZ, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ODL, INCORPORATED and INHOUZ, LLC,<br><br>    Defendants. | Case No.  15-cv-03847-WHO<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE (L.R. 6-2(A))**<br><br>Judge:   William H. Orrick<br>CMC Date: November 24, 2015<br>Time:   2:00 P.M.<br>Courtroom: 2<br>Trial Date:  TBD |

This Stipulation is entered into by and among Plaintiff Houzz, Inc. ("Plaintiff" or "Houzz") and Defendants ODL, Incorporated and Inhouz, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, pursuant to Civil Local Rules 6-1(b) and 6-2.

WHEREAS, Plaintiff filed a Complaint in the above-entitled action in the United States District Court, Northern District of California, on August 24, 2015 (the "Complaint") (Dkt. No. 1);

WHEREAS, Plaintiff filed its Amended Complaint in the above-entitled action on August 27, 2015 (Dkt. No. 6) and served the Amended Complaint on Defendants on August 31, 2015;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

123785204    1.    **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 15-CV-03847-WHO**

WHEREAS, on September 2, 2015, the Court entered a Case Management Conference Order (Dkt. No. 14) setting the Case Management Conference for November 24, 2015;

WHEREAS, on September 11, 2015, the Parties agreed to an 18-day extension of Defendants' time to respond to the Amended Complaint (Dkt. No. 15), and Defendants timely filed their Answer on October 9, 2015 (Dkt. No. 20);

WHEREAS, a Joint Case Management Statement is currently due by November 17, 2015;

WHEREAS, the Parties agree that a 21-day continuance of the Case Management Conference will accommodate scheduling conflicts, permit more efficient case management, and will conserve Party and Court resources;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and agree, through their respective counsel, that the November 24, 2015 Case Management Conference shall be taken off calendar, and rescheduled twenty-one (21) days later on December 15, 2015, or another date that is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: November 13, 2015

| COOLEY LLP | BARNES & THORNBURG LLP |
|---|---|
| /s/ Janet L. Cullum | /s/ Peter J. Mort |
| Janet L. Cullum (104366) | Peter J. Mort |
| Attorneys for Plaintiff | Attorneys for Defendants |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 16, 2015

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

123785204

2.

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 15-CV-03847-WHO